**A. M. SASSIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27713.**

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

Rehearing Denied Jan. 4, 1956.

William F. Jackson, J. C. McEvoy, Hempstead, for appellant.

C. W. Karisch, County Atty., Hempstead, Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is a violation of Article 924, Vernon's Ann.P.C., which denounces, among other things, the placing of substances deleterious to fish life in the waters of this State for the purpose of catching fish; the punishment, 60 days in jail and a fine of $50.

This is a companion case to Manning v. State, Tex.Cr.App., 284 S.W.2d 903.

The issues here presented are the same, and we will omit a restatement of them.

The judgment of the trial court is affirmed.

On Appellant's Motion for Rehearing

WOODLEY, Judge.

Our attention is directed to the fact that in addition to the issues presented in the companion cases of Lee and Roy Manning v. State, 284 S.W.2d 903, 905, appellant based his appeal upon the contention that he was promised immunity in consideration for having furnished evidence against said companions.

The record on this issue is in much the same condition as that concerning the issues disposed of on original submission. Appellant did not testify that he was prom-

ised immunity, and the county attorney and the game warden, who allegedly made such promise, both testified that they agreed to and did recommend leniency, but did not promise immunity.

Appellant, after the Mannings had been tried, pleaded guilty and upon a trial before the court his confession, among other evidence, was offered. His guilt having been so admitted and established, the trial judge assessed the minimum punishment provided for the offense charged and appellant is in no position to complain.

Appellant's motion for rehearing is overruled.